**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DOMINIK ZOLKOS, on behalf of
himself and all others similarly situated,

              Plaintiff,

    v.

SCRIPTFLEET, INC., f/k/a            Case No. 1:12-cv-08230
NETWORK EXPRESS, and
FLEETGISTICS HOLDINGS, INC.,     JUDGE FEINERMAN

          Defendants.          MAGISTRATE GILBERT

## AGREED MOTION OF DEFENDANTS FOR AN EXTENSION OF TIME TO ANSWER

Defendants SCRIPTFLEET, INC. ("Scriptfleet") and FLEETGISTICS HOLDINGS, INC. ("Fleetgistics") (collectively "Defendants"), by its attorneys, LITTLER MENDELSON, P.C., respectfully request that the Court grant Defendants an extension of time, up to and including, December 14, 2012, to answer the Complaint. In support of its agreed motion, Defendants state as follows:

1. On October 12, 2012, Plaintiff filed his Complaint with this Court.

2. Defendants were served with the Summons and Complaint on or about October 23, 2012.

3. On November 5, 2012, Plaintiff's counsel, Justin M. Swartz, agreed to an extension of time for Defendants to file their Answer, up to and including, November 19, 2012.

4. On November 14, 2012, Plaintiff's counsel, Justin Swartz, informed counsel for the Defendants, Damon M. Ott (*pro hac vice* application forthcoming) that Plaintiff planned to amend his Complaint.

1

5. On November 14, 2012, counsel for the Defendants, Damon M. Ott (*pro hac vice* application forthcoming), for purposes of judicial efficiency and to avoid unnecessary filings, requested Plaintiff's counsel's agreement to an extension of time to answer the Complaint. Plaintiff's counsel consented to the request for an extension of time.

WHEREFORE, Defendants Scriptfleet and Fleetgistics respectfully request that the Court grant them an extension of time, up to and including, December 14, 2012, to answer the Complaint.

Dated: November 16, 2012

Respectfully submitted,

SCRIPTFLEET, INC. and
FLEETGISTICS HOLDINGS, INC

By:      /s/ Ethan G. Zelizer
         One of Its Attorneys

Ethan G. Zelizer ARDC# 6280096
LITTLER MENDELSON, P.C.
321 N. Clark St.
Tenth Floor
Chicago, IL 60654
Tel. 312.795.3265
Fax 312.276.4847
ezelizer@littler.com

Damon M. Ott (*pro hac vice* forthcoming)
Robert Hulteng (*pro hac vice* forthcoming)
Aurelio J. Perez (*pro hac vice* pending)
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108
Tel. 415.433.1940
Fax 415.399.8490

Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I, Ethan G. Zelizer, an attorney, certify that on November 16, 2012, I caused a copy of the foregoing AGREED MOTION OF DEFENDANTS FOR AN EXTENSION OF TIME TO ANSWER to be electronically filed with the Clerk of the Court using the CM/ECF system, which served a Notice of Electronic filing upon those registered to receive electronic service.


    /s/ Ethan G. Zelizer    
Ethan G. Zelizer


Firmwide:116176909.1 063404.1005

3