IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINIK ZOLKOS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SCRIPTFLEET, INC., f/k/a NETWORK EXPRESS, and FLEETGISTICS HOLDINGS, INC.<br><br>        Defendants. | No. 1:12-CV-08230<br><br>Hon. Judge Gary Feinerman |

### NOTICE OF MOTION

**To:**   Justin M. Swartz                        Paul W. Mollica,
       Rachel M. Bien                         Outten & Golden
       Naomi B. Sunshine                 203 N. LaSalle St., Suite 2100
       Outten & Golden LLP              Chicago, IL 60601
       3 Park Avenue, 29th Floor
       New York, NY 10016

      PLEASE TAKE NOTICE that on Monday, November 26, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gary Feinerman, in Courtroom 1725 of the United States District Courthouse for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Agreed Motion of Defendants for an Extension of Time to Answer.

Dated: November 16, 2012                           Respectfully Submitted,

                                                         /s/ Ethan G. Zelizer
                                                         Ethan G. Zelizer

-2-

Ethan G. Zelizer ARDC# 6280096
LITTLER MENDELSON
A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL  60654
Ph: 312.372.5520
Fax: 312.372.7880
ezelizer@littler.com


Damon M. Ott (*pro hac vice* forthcoming)
Robert Hulteng (*pro hac vice* forthcoming)
Aurelio J. Perez (*pro hac vice* pending)
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108
Tel. 415.433.1940
Fax 415.399.8490

## **CERTIFICATE OF SERVICE**

I, Ethan G. Zelizer, an attorney, certify that on November 16, 2012, I caused a copy of the foregoing Notice of Motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which served a Notice of Electronic filing upon those registered to receive electronic service.

    /s/Ethan G. Zelizer  
    Ethan G. Zelizer

Firmwide:116177720.1 063404.1005