IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOMINIK ZOLKOS, DZIANIS KLIAVETS, JAMES MCCOY, JOE WALLACE, LIONEL JONES, MICHAEL KARP, KAROLYN UNDERWOOD, RONITA FOY, JERRY ANDERSON, MADI VANESSA SUTTON, NORMAN MORSE, JOHN ROBERTSON, ANTHONY GRAY, JOSEPH FENICO, ALIX PETITHOMME, and WENDY DOBBINS, on behalf of themselves and all others similarly situated,<br><br>     **Plaintiffs,**<br><br>  -against-<br><br>**SCRIPTFLEET, INC.**, f/k/a NETWORK EXPRESS, **PARTSFLEET, INC., PARTSFLEET II, INC., FLEETGISTICS HOLDINGS, INC.**, and **MEDIFLEET, INC.**,<br><br>     **Defendants.** | No. 12 Civ. 8230 (GF)<br><br>Hon. Gary Feinerman |

**PLAINTIFFS' UNCONTESTED
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS,
APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL,
APPROVAL OF PLAINTIFFS' PROPOSED NOTICES OF SETTLEMENT, AND
<u>LEAVE TO FILE A THIRD AMENDED COMPLAINT</u>**

  PLEASE TAKE NOTICE that on Monday, October 28, 2014 at 9:00 A.M. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Gary Feinerman in Courtroom 2125 of the United States District Courthouse for the Northern District of Illinois, which is located at 218 South Dearborn Street, Chicago, Illinois, and then and there present the Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel,

Approval of Plaintiffs' Proposed Notices of Settlement, and Leave to File a Third Amended Complaint.

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Respectfully submitted,

Dated: October 17, 2014
New York, New York

*/s/ Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Naomi B. Sunshine (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

*and*

Paul W. Mollica
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
Telephone: (312) 924-4888
Facsimile: (646) 509-2075

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (*pro hac vice* motion forthcoming)
Keith M. Stern (*pro hac vice* motion forthcoming)
1515 S. Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 447-8888

**SANFORD HEISLER, LLP**
Michael Palmer (*pro hac vice* motion forthcoming)
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651

*Attorneys for Plaintiffs and the Putative Class and Collective*