**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DOMINIK ZOLKOS, DZIANIS KLIAVETS, JAMES MCCOY, JOE WALLACE, LIONEL JONES, MICHAEL KARP, KAROLYN UNDERWOOD, RONITA FOY, JERRY ANDERSON, MADI VANESSA SUTTON, NORMAN MORSE, JOHN ROBERTSON, ANTHONY GRAY, JOSEPH FENICO, ALIX PETITHOMME, and WENDY DOBBINS, on behalf of themselves and all others similarly situated,** | No. 12 Civ. 8230 (GF) <br><br> Hon. Gary Feinerman |
| **Plaintiffs,** | |
| **-against-** | |
| **SCRIPTFLEET, INC., f/k/a NETWORK EXPRESS, PARTSFLEET, INC., PARTSFLEET II, INC., FLEETGISTICS HOLDINGS, INC., and MEDIFLEET, INC.,** | |
| **Defendants.** | |

**PLAINTIFFS' UNCONTESTED
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS,
APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL,
APPROVAL OF PLAINTIFFS' PROPOSED NOTICES OF SETTLEMENT, AND
LEAVE TO FILE A THIRD AMENDED COMPLAINT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, Approval of Plaintiffs' Proposed Notices of Settlement, and Leave to File a Third Amended Complaint ("Motion for Preliminary Approval"), the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Preliminary Approval ("Swartz Declaration"), the Declaration of Gregg I. Shavitz in Support of Plaintiffs'

Motion for Preliminary Approval, the Declaration of Michael D. Palmer in Support of Plaintiffs'

Motion for Preliminary Approval, and the Declaration of Jennifer L. Liu in Support of Plaintiffs'

Motion for Preliminary Approval, Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Joint Stipulation of Settlement and Release

("Settlement Agreement"), attached as Exhibit A to the Swartz Declaration;

(2) conditionally certifying the following settlement class under Fed. R. Civ. P. 23(a)

and (b)(3) for purposes of effectuating the settlement:

All current and former Couriers who performed services for Defendants for at least

fifteen (15) weeks (including at least one week in which Defendants' records indicate that the

Courier worked for at least approximately thirty (30) hours, and not including weeks covered by

claims previously released in other lawsuits) in:

    a.    the States of New York and New Jersey during the period from October 12, 2006 through August 1, 2014;

    b.    the State of Kentucky during the period from October 12, 2007 through August 1, 2014;

    c.    the States of Illinois, Pennsylvania, Maryland and Massachusetts during the period from October 12, 2009 through August 1, 2014; and

    d.    the States of Connecticut, North Carolina and Ohio during the period from October 12, 2010 through August 1, 2014.

(3) appointing Outten & Golden LLP, the Shavitz Law Group, P.A., and

Sanford Heisler, LLP as Class Counsel;

(4) approving the proposed Notice of Proposed Settlement of Class Action Lawsuit

and Fairness Hearing and Claim Form, attached as Exhibit B to the Swartz Declaration; the

proposed Notice of Proposed Settlement of Collective Action Lawsuit and Fairness Hearing and

Claim Form, attached as Exhibit C to the Swartz Declaration; and the Proposed Reminder

Notice, attached as Exhibit L to the Swartz Declaration, and directing their distribution;

> (5)     approving the Parties' proposed schedule for final settlement approval;

> (6)     granting Plaintiffs leave to file the Third Amended Complaint attached as Exhibit

D to the Swartz Declaration; and

> (7)     granting such other, further, or different relief as the Court deems just and proper.

*       *       *

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as

**Exhibit A**, for the Court's convenience.


Respectfully submitted,

Dated:     October 22, 2014
           New York, New York

*/s/ Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Naomi B. Sunshine (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

*and*

Paul W. Mollica
61 North Clark Street
Suite 4700
Chicago, Illinois 60601
Telephone: (312) 809-7010
Facsimile:  (646) 509-2075

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (*pro hac vice* motion forthcoming)
Keith M. Stern (*pro hac vice* motion forthcoming)
1515 S. Federal Highway

Boca Raton, Florida 33432
Telephone: (561) 447-8888

**SANFORD HEISLER, LLP**
Michael Palmer (*pro hac vice* motion forthcoming)
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651

*Attorneys for Plaintiffs and the Putative Class and Collective*