UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOMINIK ZOLKOS, DZIANIS KLIAVETS, JAMES MCCOY, JOE WALLACE, LIONEL JONES, MICHAEL KARP, KAROLYN UNDERWOOD, RONITA FOY, JERRY ANDERSON, MADI VANESSA SUTTON, NORMAN MORSE, JOHN ROBERTSON, ANTHONY GRAY, JOSEPH FENICO, ALIX PETITHOMME, BARRY MADDEN, GLENN BAILEY, WENDY DOBBINS, CARRIE-ANN WISE and JOHN FUDURICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCRIPTFLEET, INC., f/k/a NETWORK EXPRESS, PARTSFLEET, INC., PARTSFLEET II, INC., FLEETGISTICS HOLDINGS, INC., and MEDIFLEET, INC.,<br><br>Defendants. | No. 12 Civ. 8230 (GF)<br><br>Hon. Gary Feinerman |

**PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND MOTION <u>FOR APPROVAL OF SERVICE AWARDS</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses ("Fees Brief"), the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Service Awards ("Service Awards Brief"), the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and Motion for Approval of Service Awards, and the exhibits attached thereto, and the Declarations of Gregg I. Shavitz, Michael D. Palmer, Gerald D. Wells, Gary F. Lynch, Edwin J. Kipela, Jr., Paul W. Mollica, and Douglas M.

Werman, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting approval of the attorneys' fees and costs sought by Class Counsel as explained in the Fees Brief; and

(2) granting approval of the service awards for Named and Opt-in Plaintiffs as explained in the Service Awards Brief.

| | | |
|---|---|---|
| Dated: | February 17, 2015<br>New York, New York | Respectfully submitted,<br><br>/s/ Justin M. Swartz |

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

*and*

Paul W. Mollica
61 North Clark Street
Suite 4700
Chicago, Illinois 60601
Telephone: (312) 809-7010
Facsimile: (646) 509-2075

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (*pro hac vice*)
1515 S. Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 447-8888

**SANFORD HEISLER, LLP**
Michael Palmer (*pro hac vice*)
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651

*Attorneys for Plaintiffs and the Class and Collective*