UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOMINIK ZOLKOS, DZIANIS KLIAVETS, JAMES MCCOY, JOE WALLACE, LIONEL JONES, MICHAEL KARP, KAROLYN UNDERWOOD, RONITA FOY, JERRY ANDERSON, MADI VANESSA SUTTON, NORMAN MORSE, JOHN ROBERTSON, ANTHONY GRAY, JOSEPH FENICO, ALIX PETITHOMME, and WENDY DOBBINS, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>-against-<br><br>SCRIPTFLEET, INC., f/k/a NETWORK EXPRESS, PARTSFLEET, INC., PARTSFLEET II, INC., FLEETGISTICS HOLDINGS, INC., and MEDIFLEET, INC.,<br><br>**Defendants.** | No. 12 Civ. 8230 (GF)<br><br>Hon. Gary Feinerman |

**UNCONTESTED MOTION
FOR ENLARGEMENT OF LENGTH OF FINAL APPROVAL BRIEF**

Plaintiffs respectfully request that the Court enlarge Plaintiffs' page limit for their final approval brief from 15 to 30 pages. In support of their uncontested motion, Plaintiffs state as follows.

1. Plaintiffs respectfully submit that an enlargement of Plaintiffs' page limit for their final approval brief is warranted to give Plaintiffs sufficient space to address the issues raised by the Court at the December 8, 2014 preliminary approval hearing, and to fully explain the settlement and advocate for its approval.

2. Defendants do not object to Plaintiffs' requests.

WHEREFORE, Plaintiffs respectfully request that the Court enlarge Plaintiffs' page limit for their final approval brief from 15 to 30 pages.

Dated: June 22, 2015  Respectfully submitted,
New York, New York

*/s/ Justin M. Swartz*

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

and

Paul W. Mollica
61 North Clark Street
Suite 4700
Chicago, Illinois 60601
Telephone: (312) 809-7010
Facsimile: (646) 509-2075

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (*pro hac vice*)
1515 S. Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 447-8888

**SANFORD HEISLER, LLP**
Michael Palmer (*pro hac vice*)
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651

*Attorneys for Plaintiffs and the Class and Putative Collective*