IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DOMINIK ZOLKOS, DZIANIS KLIAVETS, JAMES MCCOY, JOE WALLACE, LIONEL JONES, MICHAEL KARP, KAROLYN UNDERWOOD, RONITA FOY, JERRY ANDERSON, MADI VANESSA SUTTON, NORMAN MORSE, JOHN ROBERTSON, ANTHONY GRAY, JOSEPH FENICO, ALIX PETITHOMME, BARRY MADDEN, GLENN BAILEY, WENDY DOBBINS, CARRIE-ANN WISE and JOHN FUDURICH**, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>-against-<br><br>**SCRIPTFLEET, INC., f/k/a NETWORK EXPRESS, PARTSFLEET, INC., PARTSFLEET II, INC., FLEETGISTICS HOLDINGS, INC., and MEDIFLEET, INC.,**<br><br>**Defendants.** | No. 12 Civ. 8230 (GF)<br><br>Hon. Gary Feinerman |

**PLAINTIFFS' MOTION FOR CERTIFICATION
OF SETTLEMENT CLASS, FINAL APPROVAL OF CLASS ACTION SETTLEMENT,
AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, Plaintiff's Motion for Approval of Attorneys' Fees, Reimbursement of Expenses, and Motion for Service Award, and supporting memorandum including Plaintiffs' Supplemental Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fes and Reimbursement of Expenses, and Class Counsel's supporting declarations and exhibits, Plaintiffs respectfully request that the Court enter an Order:

(1) approving the Parties' $3,3500,000 (with a possible additional settlement amount of up to $1,500,00) settlement set forth in the Settlement Agreement;

(2) approving as fair and adequate the class-wide settlement of this action as set forth in the Settlement Agreement;

(3) approving the FLSA Settlement;

(4) granting approval of the attorneys' fees and costs sought by Class Counsel;

(5) granting approval of the service awards for Named and Opt-in Plaintiffs; and

(6) incorporating the terms of the Settlement Agreement.

Plaintiffs Proposed Order Granting Plaintiffs' Motion for Certification of Settlement Class, Final Approval of Class Action Settlement, and Approval of the FLSA Settlement, and Approval of Attorneys' Fees, Reimbursement of Expenses, and Service Award is attached as **Exhibit A** to this motion.

Dated: June 26, 2015
New York, New York

*/s/ Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

*and*

Paul W. Mollica
61 North Clark Street
Suite 4700
Chicago, Illinois 60601
Telephone: (312) 809-7010
Facsimile: (646) 509-2075

**SHAVITZ LAW GROUP, P.A.**

Gregg I. Shavitz (*pro hac vice*)
1515 S. Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 447-8888

**SANFORD HEISLER, LLP**
Michael Palmer (*pro hac vice*)
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651

*Attorneys for Plaintiffs*